IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAMAL WALIA,

        Plaintiff,                         CIV. NO. S- 09-1716 FCD GGH PS

    vs.

CALIFORNIA VETERINARY
MEDICAL BOARD,

        Defendant.                ORDER
_____/

        Defendant's second amended motion to dismiss presently is calendared for hearing on December 17, 2009.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion.  See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1.  The December 17, 2009 hearing on the second amended motion to dismiss, filed October 23, 2009, is vacated; and

        2.  The motion is submitted on the record.

DATED: December 14, 2009

                    /s/ Gregory G. Hollows

                    _____
                    GREGORY G. HOLLOWS
                    U. S. MAGISTRATE JUDGE

GGH:076:Walia1716.vac.wpd